IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ADA "Tester" Cases filed by Attorney José Carlos Vélez-Colón | Civil Nos.   15-2965 (FAB)<br>15-3115 (FAB)<br>15-3138 (FAB)<br>16-1009 (FAB)<br>16-1012 (FAB)<br>16-1309 (FAB)<br>16-1912 (FAB)<br>16-1945 (FAB)<br>16-2295 (FAB)<br>16-2578 (FAB)<br>16-2621 (FAB)<br>16-2300 (FAB)<br>17-1672 (FAB)<br>17-1866 (FAB) |

**ORDER REFERRING CASES TO
MAGISTRATE JUDGE BRUCE MCGIVERIN**

The cases listed in the caption are referred to Magistrate Judge Bruce McGiverin to receive evidence, hold hearings, perform legal analysis and issue a report and recommendation in order to determine whether these actions are frivolous or malicious. See, 28 U.S.C. § 1915(e)(2)(B)(i); see also, Carton v. Carroll Ventures, Inc., No. 17-0037 (KG/SCY), (D.N.M. July 10, 2017) (Molzen, Ch. M.J.)

The magistrate judge may request that the *pro se* law clerk assist him in this matter.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 20, 2017.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE
